[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Direct TV-MTV,

Plaintiff Lisa Williams
348 King St

v. Gary Inv
H6406

**Case Number:**

1 25-cv-03829
Judge LaShonda A. Hunt
Magistrate Judge Young B. Kim
Random/Cat 2

**Judge:**

**Magistrate Judge:**

Defendant

MTV? Tom Cruise
Mind Controlling

*Christen Slater
*Brad Pit
Scientology Church
Sunset Blvd OR
Hollywood Blvd.
California

Direct TV?
*Wilbert Schwarzenrger

**FILED**

APR 09 2025 BT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Complaint

Illegal Demonstration
with Scientology Equipment
Cause Death and illness.

Lisa Williams
4/9/2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(INND Rev. 4/24)                                                                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

Lisa Cao Williams
348 King Street
Gary In 46122

[You are the **PLAINTIFF**, print your full name on this line.]

Virginia Department
Corrections
P.O. Box 26963
804 674-300

Case Number _____

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

6900 Atmore Dr.
Richmond VA.
23225

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] Pnuc Do Cao SR 11/16/06 D.OB. | Correctional P.O. Box 26963 804 674-300 |
| 2 | [*Put the names of any other defendants in these boxes.*] Eva Abuel Orly Abuel Orly Abuel | Correctional 2 P.O. Box 26963 |
| 3 | Chavas, Angel Vamilla Cao | Correctional P.O Box 26963 |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __6__

2. What is your address? _____

_____

3. What is your telephone number: (_____) _____

4. Have you ever sued anyone for these exact same claims?

   ⊗ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Lisa Williams

(INND Rev. 4/24)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Lisa Williams
348 King Street
Gary, IN 46406

[You are the PLAINTIFF, print your full name on this line.]

Joe Lopez Energy 4th
California 1516th Street
Commission Sacramento, CA 95814

Case Number _____

[For a new case in this court, leave blank.
The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on
this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Joe Lopez Energy | Joe Lopez Energy, 1516 4th St. Sacramento, CA 95814 |
| 2 | *[Put the names of any other defendants in these boxes.]* Scientology Church Wilbert Schwarzenegger Gemini Google | Direct TV, 4810 w Sunset Blvd, California 6331 - 6727 Hollywood |
| 3 | Tom Cruise Lawerence Fishbore Weird Arkgervich | M TV TV EBC Real Direct TV |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? _____8_____

2. What is your address? _6331 - 6727 Hollywood, California_

3. What is your telephone number: (_____) _____

4. Have you ever sued anyone for these exact same claims?
   - ⦿ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
     case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Lisa Williams

(INND Rev. 4/24)                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Lisa Williams
3548 King Street
Gary In 46406

[You are the PLAINTIFF, print your full name on this line.]

Reserve Bank

v.          230 S. LaSalle   Case Number _____
            Chicago 60604

[For a new case in this court, leave blank.
The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Sharon Jefferson William PGE | Reserve Bank 230 S. LaSalle Chicago, Il 60604 |
| 2 | [Put the names of any other defendants in these boxes.] Cynthia, Holmes PGE (Impersonator) | Pate Corp. 300 Lakeside Dr Oakland, CA 94612 |
| 3 | Ellexnn Holmes WGN Reporter (Impersonator) | 2501 W Bradley Pl, Chicago, IL 60618 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ___3___

2. What is your address? _____
_____

3. What is your telephone number: (_____) _____

4. Have you ever sued anyone for these exact same claims?

    ◯ No.

    ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
    case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Lisa Williams

FBI
Scherwitzki

(INND Rev. 4/24)                                                                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Lisa Williams
3418 King Street
Gary, IN 46406

[You are the PLAINTIFF, print your full name on this line.]

Valpargio Hospital
v. 85 E. US Hwy 6
Valparsio, IN 46383

Case Number _____

[For a new case in this court, leave blank.
The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on
this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] DR. Jessica Williams Cardiology Evaluation Only | Valparsio Hosp 85 E US Hwy 6 Valparsio, IN 46383 |
| 2 | [Put the names of any other defendants in these boxes.] Dr. Asia Laboratory Dep | Valpargio Hosp 85 E US Hwy Valparsio, IN 46383 |
| 3 | Shalini Sheleton (Lab) | Valparsio, IN 46383 85 E. US Hwy Valparsio, IN 46383 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3                   Portage IN.
                                                           Merrillville IN
2. What is your address? DR Sessica Williams in Gary IN
DR. Asia in Merrillville IN, Gary IN

3. What is your telephone number? (219) 983-8300

4. Have you ever sued anyone for these exact same claims?

   ◯ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
   case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

Lisa Williams
348 Kings Street

[You are the **PLAINTIFF**, print your full name on this line.]

Internal Affaire
6020 Lakeside Blvd
Indianapolis Indiana

[The **DEFENDANT** is who you are suing. Put ONE name on
this line. List *ALL* defendants below, including this one.]

Case Number _____

[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send
to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Tricia Kelly | 770 Mount St Gary IN 46407 |
| 2 | [Put the names of any other defendants in these boxes.] Maurice Kelly | 770 Mount St Gary IN 46403 |
| 3 | Christen Slater | 770 Mount St Gary IN 46407 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? _3_

2. What is your address? _____

_____

3. What is your telephone number: (_____) _____

4. Have you ever sued anyone for these exact same claims?

    ◯ No.

    ◯ Yes, attached is a copy of the final judgment *OR* an additional sheet listing the court,
    case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                  page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

Lisa Williams
3418 King Street
Gary, IN 46406

[You are the **PLAINTIFF**, print your full name on this line.]

Parole + probation
v. 1 E Main Street
For Wayne IN
46802

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

February Fugitive?

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Andre Wright Angela Brain Davis Deport Love | 1134 Carroll Street HAMMOND |
| 2 | [Put the names of any other defendants in these boxes.] Stephen McGhee Anthony Departto | 1132 Carroll St HAMMOND, IN |
| 3 | Swifty Departto Montae McGhee Vontae McGhee | 1690 Moss Street HAMMOND, IN |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? ___1___

2. What is your address? __348 King Street__
__Gary IN 46406__

3. What is your telephone number: (____) _____

4. Have you ever sued anyone for these exact same claims?

   ⊘ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                 page 3

Claims and Facts (continued)

Joe Lopez Energy Commission
at 1516 9th St Sacramento, CA 95814
Investor of Teleporting/Portal
Service and Energy for Zapping
This Service Not Government
approval. Congress Bernie
Sanders in Washington got
my report of My Children
and Grandchildren Demonstrated
on "with out" Consent was Bad
Injuried.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Scientology Secreted Transport
ion Service is exposed by Lisa
Williams once Government Worker
custom and Other ADA of computers
and or Electrical Did Not Approved
felon – fugitive withe services. Not
FILING FEE – Are you paying the filing fee?                                   allowed

- ◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Lisa Williams_
Signature                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                 page 3

Claims and Facts (continued)

JOE LOPEZ Energy provided
by Felon - fugitive of Santa
Barbara Wilbert Schwarzenager,
Christen Slater, Brad Pit, Lawerence
Fishbourne, Forest Whitakere
Are not Gunner, But felon Sean
Williams of Gary Indiana "Said"
He was Paid by Tom Cruise to
Killed Wierd Mankovic in 2023.
Jamie Foxx Help and Brad Pit.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Congress Bernie Sanders is a
Wierd Yankovic father. Now
Congress Sander Reveiw footages
where Hollywood Celebreties, Consprirer
to Kill EOC of Direct TV, And MTV
Wierd Al" Yankovic Killed, Killing recorded
OTS-28

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

My son suffered the same

[Initial Each Statement]                    and children but worst

_____ I will keep a copy of this complaint for my records.        Lisa Williams
                                                                   348 King Street
_____ I will promptly notify the court of any change of address.

_____ I declare under penalty of perjury that the statements in this complaint are true.

_____          _____
Signature                                  Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

"Amazely alive!".

*Dakounta
Moore
Age 38

3 boy

① Xaviera 6yr
② Kameldsyr
③ Kirro (1yr)

By My
Soul
*Phillip
CAO
348 King
Street
Gary IN
Repeated 26496

Many "Gary, Crown, State Trooper (involved) feels cut

Demonstrational with Brad Pitt
*Dr. Sessiog
William

*Sharon
Jefferson

Frontal
Cranial
cut open-
nose open
Teeth pull

Fetal/Bruise
Melvin Bruce
Cuts

Cut
organ
kidney
removal
Cuts
teeth
Plaque
Deposit

My Daughter
IN Law

Fetal burns

Knee
damage

chop

Cuts

Damage

Removal

(Illegal
Limbs
Removal

*Francesca
Boyd
Gonzale

Removal
Gonzale

Tonjia
Jefferson

X-Rays
Suppose
DAMAGE
OF

Children
3boy the
Same
6yr, 5yr, 1 Kiero
Alived.

Children Exam
bought Scientology
Felon - fugitives
From
San barbara, Wilbert Buffet family
San Francisco,

Braid Pit, Tom Cruise
Wilbert Schwarenzzer
Warren Buffet family
Bill Gates, brother
Christen Slaters
Leader Nancy Pulaski
Dem. John Bahner,
Rep. Mitonell Oconner
Rep. And plenty policies for
"Take insurance" before
Death.

Edmund Osborne
Felon Fugitive from
6th Mathew Street

(INND Rev. 4/24)

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Felon-Fugitive Edmund Osborne is working for Andre Wright and Lil Dirt and Jayzee, Christen Slater. Edmund Osborne shot Phuc Cao Sr and my Grandson with a "Max 10" Only one years of Age "Kirro Cao is 9 living currently. Edmund Osborne has received money from many member of the Scientology Church. Bill Gates and Son Christian Slater, Tom Cruise and Warren Buffet, 4/9/2022 my son FBI Phuc Birthday report Edmund Osborne mainly for Kidnaping FBI, Kidnapping, Children in my family" I'm Lisa Holmes maiden name. Williams presently own of a 37 Billion dollar Trust at Reserved Bank. Currently

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Scientology Leader are aware "I'm not one"
"Sharon Jefferson William of FBI

*Len... From Chicago, Il, in Michigan Cit... Prison Guard*

AO 239 (Rev. 1/15) (INND Rev. 8/16)

page 2

5. How much money do you (and spouse, if married) have? $ _____
   (Include cash on hand and deposits in accounts.)

   *TRIED to HELP Solid KNUDERSON*

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $

   *While IN CaptiVITY OR HOSTAGES His brother Emmauel Walker,*

7. How many children under 18 years of age do you (and spouse, if married) support: _____
   (Include children who live in your household or for whom you pay child support.)

   *and SON was Kidnaped by Brain Davis, ANthoNY Orr, both*

8. List any adult you support: _____

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| *fugitive OF MichigAN City* | | *PrisoN* |
| *JacKIE RobinSON* | | *Home iN Chicago* |
| *I, was part of Rearching* | | |
| *Out to victims with Lisa Williams.* | | |

9. Please provide any other information that should be considered in evaluating your motion.

   *However Robison and Walker, Collins, Hale, Sones family Byers and Reeds alway Knew me as Lisa Holmes Since grammar School. And Many More in Chicago IL) The Sefferson threaten families, and Evans, Departto, Davis) McBihee, Wright, and Some Holmes. Maime was Killed help Friends and family during Solid Knuderson Rescuer. Aaron Wright and Maurice Kelly Kidnap and Killed*

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

*WitNess MANY*

*Lisa Williams*

Signature

*3/27/2025*

Date

*Maime... Drag oN Tele porter at Soffer SoN*

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Testimony
Slyvia Nita McCloud
(INRD Rev. 4/24)

page 3

Claims and Facts (continued)

Slyvia Llita Shot at due to
Seeing Tom Cruise, Christen
Slater Demonstrating on Lisa
Williams in Hosp. in franciscan
Dyer Indiana, Officer did Stop
Harrasser Helping Scientology Leader
Lenard Walker shoke against
demostration And Fake Dr. Natasha
Clark helping Harrassing, Also
Sistees in Law helping Stalkers.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Brain Davis, Andre Wright, Swift
Mcnee or Departto, Montae Maghee
Anthony Ogr, Shot at Slyvia
Nita and Lenard Walker, whom
Once was Kidnaped in 2022, also
once Michigan City Guard, wittness
illegal Activirty

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

Scientology Teleporting Portal
Used in Dyer Indiana

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams
Signature

3/27/2025
Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Test, Walker Family (Organ Remove/illegally witness)

(INND Rev. 4/24)

page 3

Claims and Facts (continued)

Regarding Phuc Cao 4/91, Davonnia Moore, Kirro dia, Kanero, Kamalo Cao, Suffering abuse sexally guld pysChial abuse by the hand, Andre Wright, Phuc, Senior and Jamilla Husel, Swifty, Moultrie Rodney, Voultae McGhee, father Stephan, Anthony Depart, De. Sessica William, Sean William Melvin Bruce, Brain Davis, Aaron Wright Anthony Orr.

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Nita, Anthain, Leonard Walker from Chicago Wittness Abuse On Scientology Web. at Computer Star gates Happen, when Abuser Get Carry away and Children Need Revival from Luther, Keanne, Law Enforce Ambulance Driver

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

DAMAGES Not paid

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

3/27/2025

Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Town Senid Testimony. As a Viewer, and Saver, or Rescuer DA VONDNA Moore, and FBI Phuc Cao, Zisa's Son was Rescued by Towsenider before. Dr. Seasnd Plent Carson and other Surgeon or Angela Departto, Frankesca Dodd Gonzalez Stolen many Organs from CAOs family. Phuc (SR), Kirro, Kanjero, Karmah, and Mozzell Collins was Stargates.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Smaggy Knight, Us, Melvini, and Kentes Cut, Crain, Willie, Brooks, Darrius, Dann, Dolan, Green and Son, Brylani, Carter, Charles, Carter, Parris, Reaves, Anthoni, Reaves, Georgoey, Dunn. All Butteeing.

FILING FEE – Are you paying the filing fee?

- ○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Lisa Williams_
Signature

3/27/2025
Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

people Die on Teleporter
Portal.

① "Maimee" Body found on Teleportee
in Crown point, Cypress Point
② Shandell from Power 92.3
die in 1134 Carroll Street,
③ Carolina Knot's Husband
Rescued. (almost Die)
④ Shery Hale almost Die
⑤ Trooper Dunning almost
Die, wife Cynthia Taylor
Kidnapied by McGhee's
Family.
⑥ Demond Taylor Kidnapied almost
Die, with Cousin Brylan
Carter, later Penis with
OFF by Brain Davis in
Riverdale, officer Witness
Penis gone, enslaved
⑦ Parris Reaves, Hostage Williams
so long that Jean grown other
Killed 2 sons. 1 Missing
Teenager, Daughter





April Clark
Micheal Hale
Testimony

page 2

Scientology Andre Wright Kidnaped
April Clark Oldest Son Latore Clark
For Ricky Smith's House on 7th King
Street. Gary Indiana. Zapping was
Used. Brain Davis, Anthony Orr, Kimberely
Mckinnley Fountain Sefferson
Zapped April Clark Son Latore Clark.
Age 17yrs old.
Witness said Andre Wright
Killed her Son (April Clark)
April Clark work US Steel in Gary
IN.

* Englia Garner Kidnaped and
Harrassed with Scientology Killer
* Roderick Garner Reseuer Now
Enslaved.

* All witness to my cases
Phuc's Cao or Zapping
Daily will affect the Body
Sometime Bernie Sanders
and Keith Wilson Keith Sutherland
will Show affects. Scientology
Tom Cruise, Christen Slatee, Brad
Pit, Google Gemini, Wilbert
Schwarzininger, Jamie Foxx
and over Other. Demonology
Want Slaves in America

_Lisa Williams_
Signature

_3/27/2025_
Date

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

Deaths Enslaved

Victims

* Georges V Dun Hostage, Almost Die.

Son Missing and Daughters

5. How much money do you (and spouse, if married) have? $

(Include cash on hand and deposits in accounts.)

Francesca Dodd Gionzalez Kidnapied

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and

Last reported in Kankee IL with

other valuable property or investments? $

her brother. Some MAY be Dead

7. How many children under 18 years of age do you (and spouse, if married) support? Lupida Vis Family

Mississippi Onion name Killed (Itoy Family)

* Sherese MAYS was Kidnaped

8. List any adult you support: Son KM Killed by Edmund

Osborne

What is your relationship to this adult? Age? How Much Support?

No Stargate RX

* Yolanda Mays Grandson Gary in

Organs Taken and Dead.

* Marshall May Killed by Samie

Foxs, Daughter Killed, Son Killed

9. Please provide any other information that should be considered in evaluating your motion.

Marshall May was Corp MCDonald

Know for Help Unemployeed with

Jobs for Decades, Son Military.

* Wife Sheena May ENSlave and

Daughter Marshall Loss 4 Children

* Janice Landrey in Slaved, by

Laniard Evans, and Daughtter

Mind Control Suffer and Die.

* Crystal Davis, Mind Control

Son Killed by Angela Davis Love

in 1134 HAMMOND. Crysta Davis

Son Died Brain Davis wanted her

Only Child die. Yolanda MAY ENSlaved

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security Laniard

because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed Evans

without pre-payment of court fees and costs. I declare under penalty of perjury that all of my Sharon

statement in this motion are true. Jefferson

Williams

gJ+

_____        _____        Yolanda

Signature                                Date                   MAY

Lisa Williams                           3/27/202                12/23/65

Iron family

In Mississippi

Came to Gary Indiana.

Seeking Teresa Iron and Lagusa

Grandson

5. How much money do you (and spouse, if married) have? $ _____

[Include cash on hand and deposits in accounts.]

Uncle Iron Family with Larry Jackson

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ _____

try to free the Carter Family.

Nephew Shot at Burnswick Center in

7. How many children under 18 years of age do you (and spouse, if married) support: _____

[Include children who live in your household or for whom you pay child support]

threatens and

Shot at Edmund Osborne. Adr Andre

8. List any adults you support: Shot Nephew Teres Iron

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| son. His body zapped to 7th Matthew St | | |

in Gary where Edmund Osborne father

live. Onion. Uncle was shot first by

Sharon and Tonija Jefferson, He survive

of several Gun shot including shooting

9. Please provide any other information that should be considered in evaluating your motion.

Of County Officer Allen and Delane

Lane Code Enforce. Brain Davis and

Anthony Orr travel to finally Kill and

Rob. His brother has gun & Iron

Family Shock. Brain Davis Braged

about Killing. Terese Grandson Killed

with Scientology Andre Wright, and

Sharon Jefferson Williams and

Tonija Jefferson Dunbar. All Killers

of Teresa' Grandson. and Brother.

Larry Jackson Survior of Scientology

Killer and a Rescuer.

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed without pre-payment of court fees and costs. I declare under penalty of perjury that all of my statements in this motion are true.

Lisa Williams
Signature

3/27/2025
Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(PAND Rev. 4/24)

Claims and Facts (continued)

Crown Clerk/Tele Operator Vellan Martin Knew Sharon Setterson Williams was not me Alisa Holmes also knew Same Handerick's House in Merrillville was in my name. Vellan Martin received Check when she (know) Gary Officers and County Officer in Northwest Would work together to Kill my family. Vellan Martin

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Know All Officer Invloved, and Hostage. Vellan Martin Block Gail from Victim, and She knew Stephan Hewlett, Nekema, Darrius Dunning and Samila Dunning Need Help From County Officer Mathea, Sexton, Curry

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature

3/27/2025

Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Angel Chavas
Killer

(INND Rev. 4/24)

page 3

Claims and Facts (continued)

Angel Chavas, Richmond VA, and
South Carolina, Angel Chavas
shot my so thua Do Cao SC FBI
White Air jet with Mesa, DR
Melissa from NASA Build. Phyc
already shot by Angel and Daughter
Yamilla Cao. The laugh after shot
ing FBI Phyc happen last Summer.
Brad P,tt witnessing and OTS
Computer. Angel Chavas felt happy.

RELIEF – If you win this case, what do you want the court to order the defendant to do?
MR. Melissa wanted to Save Her gate
Phyc Do Cao SC FBI @ Cause Save
Children, and Other FBI Agencies
with Brother Charles Sander from
Yuma. Brad P,tt and Tom Cruise is
also Attempting explosive to infused

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.
Mesa Hosp. Wittness all attempted

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature

3/27/2025

Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. has Kidnapped with Boy friend in Portage. Teleporter/Portal is Confirmed with Tom Cruise and Christen Slater. Direct TV and M TV Wilbert Schwarzenager "Zapping" Nasa Astronaut Charles Bowden Confirmed illegal Usages. Phuc Cao Sr Heart was removed by Jessica Williams. Jessica Williams infused Phuc's Heart into her fathe Richard Williams in Merrillville. Witness are many. Jessica Williams Continue to torture Phuc Do Cao Fbi removal Of "Liver" with felon fugitive Angela from Hammond. Kidney removal by Jessica Williams And felon fugitive Angela And cousin franuesca Dada. Linuas a went Felon Chad Denuf Felon Winuell Carter. Brain Davis felon-fugitive take Legda

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Which DR. Jessica William and Angela Departto Anthony Departto, Swifty Departto, Montoe McShee

DR. Jessica Williams
Demonstration are Daily

(INND Rev. 4/24)

for Medical
is not for surgical
Jessica has page 2
"HIV" Not allowed
to be performed of
do surgery.

### CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. DR. Jessica Williams, Cardiologist of Valpariso, Indiana Hospital Last Night Illegal Surgeel Performed at her houses in Portage In of my family members FBI Phuc Do Cao Jr DOB 4/91 and Davonna Moore 4972 Vermont her Children organs were forcely Removed by DR. Jessica Williams her friend Felon Angela Departto Davis Love, Crystal Johnson, and felon Franisceda Dodd Gonzalez, is a fugitive. Jessica Williams had paid officer State Trooper Caradine, Bary Micheal Kelly, County Micheal Jenkins, Bary Officer Montford to "Hold" many Victim down for illegal Surgery in Burnswick Center on 7th Clark Rd, Gary IN. Abo work on 1134 Carroll St 1132 Carroll St where Chara Smith and Andre Wright own. Other illegal place where in

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

East Chicago, II. Where organ been Removed by DR. Jessica Williams is Samie Foxx Mother Houses.

(4)

Today 5:33. Intusion Surgery
Dr. Jessica Williams. New Stargates
Treatment Keanne Reaves Demo
Rivival was Highly Possible.
My Phuc Do Cao Will Name All
Scientology Involved and
Paid, with Warren Buffett
and Bill Gates, Georg Bush
money. Those MTV OT8
thru OT28 Need to be Selpenia
From Tom Cruise, Heritages
Apt and 118. Heritage Apt in
Crown Point Indiana, Also
Cypress Pointe, Indiana
Bldg C C-81 where Scientology
Killer seen all Day WORKING
with Heads of Illunati Scientology
Church. Emgency was Called.
Phuc Do Cao Se Still Ripwoped.

NAME of Victims Suffering
From illegal Surgery by Intrusion.
Dr. Sessica Williams Victims
① Phuc Do Cao Jr, ² Charles Ervin
Sander, ③ Charles Ervin Sander,
④ Nemo Sander, ⑤ Kirro Cao Recently
hAd Kidney Reported Removed For
money in Burnswick Center at
1yr old. Mother, ⑥ DAVONNA Moore ⑦
was also a Victim of Organs
Forced Removal, ⑧ Kanlero, ⑨ Kamela
Cao Suffer Same with Beaten
and Sexually Assaulted.
Other Victim, ⑩ Archie Jones, Died
⑩ Melvin US, Body parts Switch
and burn on Shocker From Wilbert
schwarzenger. ⑪ Snaggy Knight
⑫ Stephen Hewlett, ⑬ solid Alexander,
⑭ Willie Brook, ¹⁵ Brain, ¹⁶ Darrius
Dunning, Charles Carter Sr, Nova
Sander, Lisa Roger Gain, and Charles
Carter, both Suffer Carol Knott Husband
and brother, Samuel Boyd, Andrew
Wildred Carter, Moore.

Moore

All help. Priority. The Ghee was
Phuc's Sr. Hand infused. Oscar
DelaHoyor from Oliver Garden was
given Repubuction system off
Phuc Do Cao FBI. Torso Removal
Angela Departto and Anthony Departto
Brain Davis, Stephen Mc Ghee.
Chopped Neck off to Remove
Torso - upper Body. Later
Brain was removed and Quarter
Brain Davis and Orly Abuel
want Brains. Dr. Benson and
Congress women Help with procedure
Other Dr Name watch procedure Phuc
Demonstration. Could Believe
Do Cao live. Recently about
Two Ago Dr. Jessica Decide
to sale Organs that was
infused by Anthony Another
scientoloy Dr. with Infusion
Computer. From Mesa Hosp.
Melissia in AZ.



DR. Asia
VAlpargiol, IN

(INND Rev. 4/24)                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Illegal Blood Tests, on Children
DR. Asia did in Brunswick Center
Illegal STD Testing
DR. Asia bought Slide or Cultures
Out to Cause infestious Diease.
DR. Asia assisted with illegal
Surgery with DR. Sessia Williams
DR. Asia threaten me and my
Family. DR. Asia aware and
Seen with scientite-tology Killers
OT-8 and OT28 with illegal
Surveillance. DR. Asia with Wittness
attacks on Family especially
Davonnia Moore, All her sons.
including Rape. My Sons Thur Do
Cao, Charles Sanders From YUMA
AZ and Children. Dr Asia met
Tom Cruise and Christen Slater
Brad Pit, Elizabeth Warren, Ben Carson
Dr Asia Knew exactly who want to
Kill my Family. SupenviA OT8- OT28

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Computer Reads thought"
Can't Be Erased.

Shaliva Sheleton
Practice Voo doo dolls Hasp, IN
+ Black Magic
(INND Rev. 4/24)

Scientoolgo

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Shaliva Sheleton in Laboratory
of Valpariso Hospital from Indiana.
Shaliva Sheleton from Justice, Illinois
Caught Stealing from my Home, Apartments
at different location. Estimates of
over 100.00 thousands stolen. My
Grown Son suffered the Same, although
they live different State. Scientology
provided Teleporter Reaching Long
Distant. So she travel to Steal.
Shaliva Sheleton injected me and
family with a springe. My grandchild
ren and Son were injected while
Sleep. Shaliva Sheleton Home Invade
to inject Nurssing Meds. Shaliva
Sheleton force Davonna Moore and
Children to Diges + Cynide Tablet
that Hesh. King Came Davonna Moore
and Childrens Lovelle King and
Shaliva Sheleton work Scientology
Killers. Shaliva Sheleton is a   Witness
[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]
Kidnapper and Silent Killer
Lorento Glassmen and Son Dre.

Shaliva
Sheleton
Melvin
Evan
Kill severe

Valpar...
Nute Partee...

(INND Rev. 4/24)                                                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

Nurse Partea witnesses Dr.
Sessia Purchase Rat Poison
to Home Invade to Poison my
family

Nurse Parteeia with Dr Sessia
inject my daughter with HIV Blood
or Aides

Nurse Parteeia of Valparsio
Witness Raping of Benreds
and Taylor also her brother
Pierre was Kidnap by Scientolog,
Manager Swifty, Madave, Mathee,
Partee, Knew, Sharon Jefferson,
an Toniia Jefferson, Shalain Shellan,
Frances... Dood all Mrghee Family
Killer Anthony Orr, an Drgid,
Davis, Maurice Kelly, Gershaw
Holme Aaron Wright, Andre Wright
are Killer to lloa ino

Nurse Partee Witnesses
Crime behavior. Knew Killers

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

1/00 dobl Witness, and Black Magic

Terry Hardeng Nurse
Hardeng, Nurse
Valparisto Indiana q

(INND Rev 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Nurse Tennier Harden was kidnapped. Raped by Scientology Killers. Sean Williams a felony fugitive order Rape, and felon Rape Brain Davis, Melvin Bruce.
Tennier Harden was paid by Sharon Jefferson.
Tennier and Daughter Witness Home Invasion. And Francesca Dada Gonzalez, Witnesses Deaths of Victim. Sonjia Dunbar attack Tennier Harden Scientology Killer including Dr. Sessions and Sister tried to enslave Tennier Harden and Daughter.
Tennier Harden was ask to get Springest, and Medication 1/137 year. Attack on daught was paid Off, in Cypress Pointe Crown Pointe, Voo doo teaching

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Witness.

threaten ĪM

(INND Rev. 4/24)

Minister

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Nurse Parris in Minister Service and Help Phuc Do CAd FBI when Cedrick Park Dought Injured Phuc in with Kidnladed Karmelo Cao Anthony Departto, Angela Departto Love Switty, Montreq Magne, and Andre Wright, France gog Dodd, reported at Hospl for Kidnapping. Nurse Paell, s was Afaird Cause Tom Cruise, Wilbert Schwarenger Sharon Jefferson threaten Nurse Parris Brother Enl-law is Branden Senkins State Tooper.

Minister Caught threats on Camero 2024. On Camera threats to my Son and Grand son Karmelo, Nurse Parris Witness Star gates Treatment, Surpenia OT8- OT28. They wanted Hat Crimer at Minister Hospital and Children of My So Phillip Live Sexally Assaulted at Karmela, Kanera, Kikko

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

AYUKEE Katrina threaten
Katrina threaten
From MUNSH

(INND Rev. 4/24)

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Nurse Katrina Wittness Killers Felon Attempt to murder me Liza Williams in Family. Attempt on my Sons, Especially Phillip CAO + Davonna Moore Started while Phillip in College Phillip suffer Menignitis in 2019 After Phue Se. tdrill a hole to Urine while Couple Slept. Menningitis is Killer Phuc, Jame Hernde, CR, Maurice Kelly Urinated on My cin And Girlfriend while Sleeping Davonna wa pregnant Nurs Katrina Treated pts kidnapped Running from Brain Davis, Chara Smith, Andre Wright, Aaron Wright June paid, Katrina wa threaten and Taught page with Grandchild. Onjia Dunbar, Sharon Jefferson Andre Wright, Aaron Wright, Sean Williams threaten Relatives from Las Vegas they wittness Christen Slater, Tlicia Kelly in Apartment with

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Knife While I was in Shower

(INND Rev. 4/24)                                                                    page 3

Claims and Facts (continued)

Trici a Kelly caught Human
Trafficking Children Kansero, Karmelo
Kirro, Sandee Baby, Nemmo, Nemo
Nova Sandee to Christen Stayer
Wilbert Schwarzenneger, Brad
Pit, Tom Cruise, Kennedy, Taylor
Carter are prostituted to to
Hollywood Clebrities. Witness
of Actor sexing children
Filmed.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Damages Not Paid.

_____

_____

_____

_____

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____
Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                              page 3

Claims and Facts (continued)

Maurice Kelly Poison. & Damage
property Every location 348 king
5000 W. 6th Items Stolen from
property used on his House.

Maurice Kelly Went Sewage in My
House, and Clothes, Sewage in House
Damage Care, Hirek Melvin Bruce
Buik Clifford Harriss to Damage
Cars, and living Properties

RELIEF – If you win this case, what do you want the court to order the defendant to do?

All felon fugitives some
Family Killed in Parris heaves
Family by Sean Williams, both
Son are my Cousin, Daughter
Enslaver, Sean Williams work for
McAfee and Christen Slater

FILING FEE – Are you paying the filing fee?

☑ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[*Initial Each Statement*]

___ I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I declare **under penalty of perjury** that the statements in this complaint are true.

_Lisa Williams_
Signature                                                    Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Torrence Jefferson

(INND Rev. 4/24)                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Scientology Terrence Jefferson
is a Rapist / Murder.
My Co-Worker
of Caption,
Major Ward

Stephen Hewlett
of 3 Victims
Witness Killer
inc Dodd family and
Jefferson Kill
Army Major Ward
Once my Bussiness
Partner)
Kidnaped by Aaron Wright
and Andre Wright.

Visited in 2020 to
see like teleporter by
Tonia Jefferson Dunbar
OTS Need Suspenlig

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Lisa Williams

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Felon Reship Sotterson
Felon theft Stole and
Stalked me with her
Family.
About #3000
in item taken

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                 page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Caprice McKinnley

I Know Scientology Killers

Infused Computer

Caprice McKinnley Might have HIV

Sean William Feed feece to Davonna Moore Children Caprice Knew.

7/2024

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                        page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Officer Stoner Knew other Officer from Gary Raping

   Stone Did Not Help Victim?

   Stoner Knew Scientology was used to kill Budy Clay.

   Officer Stoner Knew Sharon Sefferson Williams

   Tricia Kelly

   Takeshia Randolph Not me Franecesca Dodd Shot Carl Dixon.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Montea McGhee arrange body in Chicago, I.)

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Officer Manuel Knew
His wife Shannuel
Mannuel Abuse Davonina
Moore and Children
Her brother too.
Officer Manuel Cash
Fraud Checks
Manuel Stalk me
and Family.
Mannue Knew All Killer
and Impersonater.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Lisa Williams

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Impersonate Chara Smith was helping Andre Wright Kill my Family

Chara Smith had account in my NAME, Att 1138 Caroll Street, HAMMOND IND

Lisa Williams

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Melvin Bruce

Killed Judge Cldge Jones
And Son, Ngrandson!.

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Enslaver Melvin Bruce, Kidnapper
, & Scientology "EXPLORER" of
kidnaped bodies. Enslaver My
Co-worker Charelette, the McDonald
II Administrative - XRay Certified.
Killer her For 3week, Revived
with Star-gates treatment.
Charalette is alive. Her Sister
with DCS was, also threaten
while working Daronnig Moore
child son Cases, LAShonna was
threaten by 50 people in Merrillville
Kidnapper By Jame Henderick,
Sharon Jefferson, Williams and
Son Fountains Jefferson, Tawka
Jefferson Dunbar, Gary Office
Montge Gripson Aaron Wright,
Andre Wright. My GrandKids didn't
get Help. Currently Enslaved with
many Others like Eduard McDonald
II and wife Son from Merrillville

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

M.A.I.d Control by Scientology.

Gary Case
Officer Dodson

(INND Rev. 4/24)

page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Gary Officer Dodson, Firer by Senator Ted Cruz, Kia Greene reported Kidnaped for Rape with Daughters Unique Green, Deminque Greene, Montique Green, Serome Prine bought then Dodson back Fbi tves investigating allegation of Kidnapping of Fbi was Save Once Brain Davis infused and Later on teleporter. Witnesses Said FBI Did not know how to gett off Teleporter at 358 Durbin Street. Where Chauncey of San Francisco Federal Building, Chauncey Klorked Federal Build Sacremento CA was Shot by Andre Wright in that House Kia Greene had Section A Housing, Lil Dirt, was al 90 beaten-up, Edmund Chong and Maurice Kelly and Lawerence Kelly. Chauncey Diet Tonja Danbar

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

paid for ticket

Claims and Facts (continued)

Indiana Officer Knew Brain
Davis was a Rapist and Killer.
Brain Davis was caught Murdering
Cutting penis and other Bod
Part to Make intrusing Easier
(a) voo dolls trained to Kill
Brain Davis and wife Angela
Davis get paid for Bodie Parts
Anthony Dephitto and Jamie Fox
family assist, which Body is

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Something Anthony Orr Daughter
Experience for profits of
Insurance, Income, and Scientology
Hollywood Willing to pay

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____
Signature                                    Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Felon - fugitive Brain Davis was no "properly" on Probation. Trained killer by Tom Cruise, Christen Slater, Brad Pitt. All Celebrities Claim Brain Davis has Killed for them. Brain Davis has infused explosives in FBI Agent Brez and Londan Pughes also McGhee family shot off them and Phur in CAD was infused with Bomb. Brez and Londan almost loss life filing to Assistance my family impersonate Sharon Jefferson Bray "Pugh". Tom Cruise and girlfriend of Money from EOC talking to FBI Pugh. Tom Cruise lie to EOC regarding his girlfriend Takeshia Randolph with US Steel position 2/23/ Felon fugitive Home vasion to Kill Poison Cigarette, Food, including my younger children d

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Brai Scientology Criminal (USND Rev 4/24) expert

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Brain Davis Killed Laura Gaskin with Tom Cruise, Reason! Takeshia Randolph had AlO High School Diploma. Brain Davis report, Himself Raping US Steel Laura Gaskin with Tom Cruise Later Killing Husband with Other Scientology Killer

person in Court March 23 was no Laura Gaskin and Tim Gaskin

Anthony Orr Told Dr. Cessiaq Williams and Sharon Holmes House processed fake restrained Order on me, US HR Workse didn't allow Me Lisa Williams to work but Murder for Hirer Laura Gaskin person whom was Hireing Me. US Laura Gaskin Dead State Trooper I-braham, and Family, Witness Attack.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Edmund Osborne Enslaver
Murder, Killed Children of
Kia Green, Grandd'aughter
and Herber Campbell Mother,
Maurice Kelly family Help

Edmund Osborne 84 Has Shot
all my Son. Including Charles
Grandees and Children, Rapin9
Wife, and Son. Acttually, Edmund
Killed Charles, and Nemo,
also Father "Star gate, in
Say Tee House. Revivral Severa
Time paid to Keanine Reave,
Ben Carson, Brad Pit, help
Sometimes. Nova Sandee Could
Not work Nor talk about being
a Victim. Suzzane Demonio
and Edmund Osbornes Brother
Killed by Sean Williams a Cousin
on mother side. Eamund Osborne

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(3) ay Man did Child rapial9.
Victims are MANY.

Edmund Fagitte
Felon Fagitte

(INND Rev. 4/24)

page 3

Claims and Facts (continued)

Scientology Murder Edmund Osborne Mainly work under Christen Slater, Jay Zee, Lil Dirt, Trois Kelly, Andre Wright Christen Slater and Bill Gates pay them. Edmund Osborne shot Phuc over 10 time once with Nax ten

RELIEF – If you win this case, what do you want the court to order the defendant to do?

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____

Signature                                                                      Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Lisa Williams
348 King St.
Gary IN 46406
_____
*Plaintiff(s)*

parole  v. Board
7620 Broadway
Merrillville IN 46278
_____
*Defendant(s)*

Regarding
Aurellio Kid

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lisa Williams
340 King Street
Gary IN 46406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Regarding          Parole Board
Aurellio Kid       7620 Broadway
                   Merrillville IN 46278

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/25/2025

_____
*Signature of Clerk or Deputy Clerk*

Au Kidnap

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Scientology Aurellio Kid K. Chlapped an Raped Kidd torture Charles Carter Charles Carter 358 Darbml Willie Brook + Wife Street was Kidnaped by Kidd. Kidnaped Kennyell Tailor Carter attack Sam Carter

Kidnaped Phug Cao Se aged Davouing Henke and Children. 'Kidd'

Witness Montgae McGhee and Melvin Bruce feed Kid Green, Domigae Green feeces, Pert and Nilsco Worker Montgae Gibson Killed Pert Felow and Keith Cobbs, Montgae is a Chary Officer, James Henderok

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Help. Kidd witnesses Kidnapping Of Darrias Dunwing and Wife

(INND Rev. 4/24)                                                                  page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Countless Complains From
Lisa Williams of illegal
Teleporting + Portal Service

Complaint For Government
Custom + Ag Culture
No At DA Aproval
For Public.

Complains Since 2018
After thefts.

Report 3 ingnored. Tom Cruise
and Christian Slater
Visit and Advised to
Continue. Advertisement
although I Lis Williams
prove actually Deaths and
Damages were included
with deaths
Damages Need to be paid.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Windell Carter
Enslaved with
(INND Rev. 4/24)
Scientology
Rapist Murder

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Felon - fugitives Windell Carter Raped Taylor & Kennedy also forcing sex from Malaki, Elijah Carter. My grandson Kaniero attend preschool Windell Carter Kidnapped for sex. Today Shuan Taylor got Phuc Sr. for Windell Carter. Later Zapped by Samie Foxx Family and Sharon Jefferson Williams Shocker was used this morning on Phuc Sr. and Children Kaineo Cao and Philip Cao. Came to save Children Sam knew. That Felon's Fugitive had my son grandson. County Officer Sam did not want My Husband Richard to know from U.S. Steel. Brunswick Center is where Melvin Bruce Tourist bone crusher, and Wilbert was Shocker. Tom Cruise has Kidnapped Benjie Sandder Congress man. Windell Carter Helped Kidnap Phuc Do Cao, And Andre

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Wright go Melissa & Dr. Knowledge of Phuc treatment 3/26/2024

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Window Campbell is Felon Rapist of Kennedy Taylor and Malakie, Elijah Carter. Window Campbell Enslaver of Hector Campbell of U.S Steel Plant, Windlow Campbell Gas mostly helped bathe Windell Carter torture the Campbell family and my 9.9tee Mildred Carter 358 Durbin St. Window Campbell have received paid from Thdron Jefferson Williams and son Fountain. Checks are never in Sharon's Williams Name. Windlow Campbell Rapew of Tom Cruise, and Christley Slater Serame Prince, Andre Wraight and Taron being Murder, of Carter, Cao Children his brother Windell murder Oakland 8 Year Old Lozewo Glassman son in Hammond In. M.S. Campbell Killed by Window Campbell

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Anthony Holmes
Felon Fugitive
(INND Rev. 4/24)                                                      page 2
Rapist Kidnaper
Murder                    CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Felon-Fugitive Anthony Holmes
is Aaron Wright's Brother.
Anthony Holmes Kidnap Davonna
Moore and Children. My grandson
where taken to A Glenpark
House. Theire Sister With DCS
Shannuel, Mantel, and Office Magyue/
allowed Her brother to kidnapp
Davonnia Moore + Children
With Wildred Cartee

Anthony Holmes Stamp
Davonnia Children in from
of Officer Manteu/ and DCS
Shanive/ Magyue/

Those Children Were thrown
out the Window.
Daily Beaten By Aaron + Anthony
Holmes. Happen 2 mous ago.
11/24. Track DCS Call From

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Lisa Williams, Bershawn Holmes
Anthony Kidnapped Phuc Cao Sr.

AN Case-1:25-cv-03829 Document
1134 Carroll
HAMMAND I
(INND Rev. 4/24) Mulder
Rappast tology HIT MAN

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Andre Wright threaten to kill my
Daughter K. Kayla, Sons Jamerieon
and Scaiyac Daily for years.
Andre Wright had my oldder Children
Brain of US Steel, the Mayor of Gary
In Melton was Killed in City Hall
by Andre Wright and Cousins' Gary
Officer Montae Gibson, Aaron Wright
Jerome Prince, Stephen McGhee,
Swifty McGhee, and Melvin Bruce
Elecon Burkes Kidnapped New
Elected Mayor in A. Bel and Stolen
Grant Money for New Business
City Hall Worker witnesses was
threaten. Bruce Rouner Knew New
Elected Mayor Found Die. Also
witness Andre Wright and Aaron
Wright alone with President
Trump Ordering to Kill Kidnapper
New FBI Phuc De Cao JR. Andre Wright
Order felon fugitive Melvin Bruce

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

to Shot Phuc Da Cao while with
President TRUMP on Teleporter

Felon fuca
And D're Wright

(INND Rev. 4/24)                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Andre Wright Kills With illegal Surveillance
My family was Stalked and Raped.
My son Phillip, Phuc Cao was Stalked
Raped, Shot, Stab by Andre Weight.
Charles Sander, Ex Sheriffia Suffered
the Same Since 2018. Davonna Moore
and My son Phillip's Childrens Suffered
Kidnapping Torturist, Rapping
Karneto was Sawed half by Stephen
McPhee, Anid Kamello experience
the Same by Same Person. Andre
Wright Crime Boss of Wright Family
Scientology Davonna Moore's
Die sister Found in Andre Wright house
House in 12/24 in Basement 1134
Carroll St. Monteg McGhee put those
Sister there. Andre Wright paid
Edmund Osborne money to Kill Phillip
Son Karmela after Andre Wright Raped
Officer Lattiker was paid and Allen.
Andre Wright is a Enslaver with

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Slave keeper

Andre Jefferson Williams
Sharon
(INND Rev. 4/24)     are partner

page 3

"Crime Boss"

Claims and Facts (continued)

Andre Wright knew Phillip Cao
and Davonia Moore Son, Star-gaze
treated by Keanne Reaves, Luther,
Mildred Carter all train in Stargazer
Many Celebraties Saved Kennedy
+ Taylor Cater. Bill Gates and
Warren Buffett are forcing their
Family to force Human Sacrafice.
Andre Wright and Aaron Wright
Jerome Prince are paid by Gates
Buffett

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Andre Wright Responsible for
Star gating my Son's and grand Childrens
with torture Daily, to impress
Christian Slater Tom Cruise their
KC's 11 Billion/each there are 8
including FBI agent, and Sherrif I.C.

FILING FEE – Are you paying the filing fee?

◉ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[Initial Each Statement]

____ I will keep a copy of this complaint for my records.

____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____     _____

Signature                                                            Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]



Andre Wright
also Dreams
of Being
a Woman
like Davonna
Moore.

MOORE
Sister

Meats
Hooks Juliah
Aaron White
got head

*Barbae
Wolfe
"CPOA"

*Chicago
Swat
Depatt

Officers
Paid
are

*Rattiker
*Allen
Ronnie
Voor
Hammond Heights
East
Chicago

*FBI Hugh
JC Mike

youngest
Moore Sister
Thea breed
Age 15-17 Neck broken

hair
paid
swollen
blood filled

cracking
esphogus
breaken

Moore Sister
Body Sister
with Mother
8/24
Last Seen
Alive

Cuts
Cuts on
vaginal

Cut

Bruise

Montae
Moghee
Last Seen

in Brunswick
Center
And later

Andre Wright
House in Hammond
Basement

Dirty
bruise

Moore Sister "Valerie"

Die

Age 24

Death 2024 or Last 23

Neck Choked

Nails/Bones broken

abot Many time body killer used for target practice

agapey throat poisod

mortal gapes Before Due to explored

hairs Biaty

Nails Biaty

bones break

back broken

meat hookes

Forced peired Attack Death Order

Maurine Kell Whole Valeriz = by my self

entire weight Maurine Moore dead body

(INND Rev. 4/24)                                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Gemini, Google confessed to personal relationship with Scientology Brad Pit. Also in relation with FBI Warren. Brad Pit stalked my son Phue Do Cuo New Candidate with FBI 11. Gemini, Google Hacked US, Used, illegal surveillance, following my family everywhere. Also Demonstrated Star gates with Phue Do CAD in Army Base ++ Braggs. Where explosive were Used. Phue was torture with Cyber Crime, Cell phone Hacked Google into Blocked, with Emergency Call, Into mis-reading. Working with hacker Edward Snowden Cia. Phue my daughter, SAT Scores Lower by Sharon Jefferson Williams, Tom Cruise, Also Bank Accts

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

HACK, and Money Hidden.

(INND Rev. 4/24)                                                                    page 3

Claims and Facts (continued)

Gemini, Google was helping
Tom Cruise Christeni Slater,
Warren Buffett, Bill Gates,
Paul McCaughey, and other
Dientology Hacker Steal.
Brad Pit gets a Cut.
Cult Leader Brad Pit decided
to Enslave and Hack my
freedom Chopped and Hidden
By Gemini, Shocking, Zapping
and rapist Children was Threaten.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Trillionaire Gemini Google
Record Raping, Thue, grandson
with other Scientology leader
Threats ar Promise for
10 years worker to buy Cassandra
Melody Woodland No Private —
(1) Trillion damages

FILING FEE – Are you paying the filing fee?

⊗ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.    For this Large

No freedom for Bxrs
family

[Initial Each Statement]

✓ I will keep a copy of this complaint for my records.

✓ I will promptly notify the court of any change of address.

✓ I declare under penalty of perjury that the statements in this complaint are true.

_Lisa Williams_
Signature                                                Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                 page 3

Claims and Facts (continued)

*Unite State Steel Mills, Attain*
*Unknown (Fat Lie) Acting Plant*
*Manager, in Gary In with Seram*
*Prince Mayor of Gary and Crenshaw)*
*Holmes Hooked up) Scientology*
*Equipment 678 Teleporting Totalling*
*New Zapping. Illegal Surveillance*
*Tez Whom and Mack of 72*
*Investigated Found Hook-up.*
*Felon - Fugitive Aaron Wright*

RELIEF – If you win this case, what do you want the court to order the defendant to do?
*and Andre Wright, Swift McGhee*
*Department, Montae McGhee, Gary*
*Office Montae Gipson, Shot*
*Agent Mark, with intfusian Gun*
*all Shotting Scientology Weapon*
*Bulletts intfused. Happen in 2024"*

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case. *is where*
*FBI Headquarters came to Save*
*Tom Cruise and Chicago*

[*Initial Each Statement*]
_____ I will keep a copy of this complaint for my records. *Clerk and Office Robinson*
_____ I will promptly notify the court of any change of address. *Helped.*
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Tusa Williams_
Signature                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Tom Cruise begin Mind Controll
Agent MARK. Agent Mark Saved
But Now controlled. Agent Mark
is turning back after life
threaten Situation. Tom
Cruise Baby Mother, and HR
Sharon Holmes, Sharon Jefferson
Tonjia Jefferson, Chara Smith
all Caught Helping Kill
Laural Gaskin of US
Steel Human Relation.
FBI MARK, and FBI TREZ
pbigh was Help Bolven
the Murder of Laura Gia
Gaskin and Husband Tim
Gaskin. Also all impesonate
Writting checks in Lisa Holmes
Both Man Aware that 'me'
Lisa Williams. Agent Mark
is (Star-gate) (Caught on)
OT8-28

Lisa Williams 3/27/2025

(INND Rev. 4/24)                                                                                              page 3

Claims and Facts (continued)

Michigan City Prison "Warrant" Allowed
Felon-fugitive to Hook up Illegal Surviation
in My Homes and Apartment to illegally
view my family, Bathroom no exception"
Felons' inmates Fixated on US"
Angela Thomas Evans, Warrant
Secretary Order Scientology Teleportee
Portal Services, and Tourist Equipment
Demonstration From Prison Proved by
NASA, F.B.I. Mike Trez, London, PhD, JR.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Kidnapped Lisa Gaines was there, but not
a Prisoner, Reggie Rescued here. Capt
Melvin Evan prosutited "Lisa" Kim,
Faye Reaves, and Granddaughty Killed
Kennedy, Taylor, Malakie, Elijah, DaVonna
Moore sisters, Kirro 1st, Frankoro, Karmelo CAO

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          _____
Signature                                                                        Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Michi~
(William)
Warrett    I. Including children

AO 239 (Rev. 1/15) (INND Rev. 8/16)                                          page 2

My Brother Micheal Hales Died
after his childred were threaten

5. How much money do you (and spouse, if married) have? FBI fugitive Brain Davis, wife

[Include cash on hand and deposits in accounts.] Angela Davis Love and Zanard Evans

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and
other valuable property or investments? also Felon - Fugitives Anthony Departto
Swifty Departto, Swifty Departto

7. How many children under 18 years of age do you (and spouse, if married) support: _____.

(Include children who live in your household or for whom you pay child support.)
Recently, Today Shot FBI Phuc

8. List any adult you support: Cao, Gemini Did Help.

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
| Yuma Police will get report | | |
| Tevin Alford threaten (336 King st) | | |

(Testimony) or Report of Human Traffing

9. Please provide any other information that should be considered in evaluating your motion.
FBI Phuc Duo Cao No-exception
Auger Theora Alford, Pierre Hale, Charles
Carter Sr. Carlissa, and Son,
Solid Knudee Shaggy Knight, US Steel
Melvin, US Steel Brain and family,
US Steel Herber Campbell and family.
Greatlakes Crystal Davis, Sanice
Landry, Tonya Cole, Poland Mays,
Daughter, Ms. Alford of Ralston TAN,
Melissia Trinidad, Nekiwia, I fought
Hard Some member in Holmes family
gaved but injured. My Grand daughter
Noemi, and baby also die.

I am not a prisoner) I cannot pay the full filing fees and costs of this civil lawsuit or give security
War~    because of my poverty. I believe that I am entitled to the merits. I ask the court to allow me to proceed
Need    without pre-payment of court fees and costs. I declare under penalty of perjury that all of my
Answe~  statements in this motion are true.    Damage Action

Rosa Williams                                    3/
Signature                                        Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                page 3

Claims and Facts (continued)

Illegal Alien Byren Davis, Reentry Document in 1995, Byren was under 10/23, Jamie Foxx brought Time travel Machine or Computer to Brothers Stephen McGhee. Byren Davis was taught to kill. My father suffer Directing and you do goal his Uncle Stephen McGhee taughte Davis of Man in My Fathe Cut off my Byren, and Stephen McGhee, Swifty McGhee, Angela Deparit 2020

RELIEF – If you win this case, what do you want the court to order the defendant to do?

And Brain Davis, Byren Davis is not McGhee is relatived. Mother Padden McGhee must be Stephen McGhee real sister, Africa Pratice is with Demonology So, entology

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare under penalty of perjury that the statements in this complaint are true.

Lisa Williams                               2/27/2025
Signature                                   Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

Bryen Davis Kidnapped My Son Phuc Do Cao many time, and removal of Organs and Penis Brain Davis his Uncle and Vadden would Help Stephen McGhee Officers in Riverdale IL Williams, and Officers Robinson, Notice Mind Control Teleporting and Tamie Fox Hunt Observed by FBI, CIA.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Contact FBI Mike IL or London Regarding Riverdale Castration, and Person involved FBI Phuc Cao Experience and investigate and ~~also~~ Victims

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Reser Viced
Bank Jefferson
Sharon Williams

Claims and Facts (continued)

Also Member of Republican Party
Mitchell O'Conner, Bill Gates,
John Bahner, Linsdey Grattam,
Warren Buffett Helped Deceased
Tellers, of Reserved Bank. O'conner
and Bahner impersonated Attorneys.
(1) Billion Withdrawl. for the
House Republican Leader. Check
System Caught them So Senator Ted
Cruz was allowing Checks to Pass
or his company.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Senator Ted Cruz, did Know Cause
Sharon Jefferson William has my
personal info. Sharon Jefferson
William and Francesca, Take Skin,
only if will NOT finger Print.
John Bahner, Brad Pit. Helped Sharon
Jefferson
William

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Reserved
Bank

Sharon Jefferson
Williams

(INND Rev. 4/2…)

page 3

Claims and Facts (continued)

PGE Sharon Jefferson Williams
Impersonated of myself Lisa Holmes
Accessed my Account at Reserved
Bank with Anthony Orr Help, Felon
Rapist Co-Worker/FoB Chicago IL
And Google Cassandra - Melody
Woodland, also Sadice- Macklin
and Daughter, Rachel Mackin
from Iran Union Credit in Illinois
Sharon Jefferson "said, Cythnia of
PGE Help, Cynthia is a holmes, and
Evelynn Holmes. Reserved BANK
with my Trusted has been inform-
But Money is continuely withdrawn.
I Never been in Reserved Bank
26 Billion Stolen By Sharon Jefferson
with the help of Scientology Leaders

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

**FILING FEE** – Are you paying the filing fee?

- ○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____      _____

Signature                                                                    Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                     page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Wilbert Schwarzenwage Zapping Phil Do Cao SR, Working is impossible for Charles Sanders Sr. SR and Nemo Schooling effect Naomi Business (Sloe) from Zapping My daughter Elan McMillter Wood Cant work nor see her family Wilbert Schwarzenwage Destroyed their life with Zappier. My son Philip Cao lite Affect with Mind Control being Sanlie Family Monroe Magnee, Su'ity, Magnee, Aaron Alli'ght and Andre Wright, Maurice Ken and Lander'd Evans, Threatening Philip, Philli Cao Speech affected and Illegal Surviellance affected college Graduates process attempt are Easier or Phillip and Children and Baby Mother.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Lisa Williams

Wilbert -- Celebrenning
Felon - Fugitive

(INND Rev. 4/24)

page 3

Claims and Facts (continued)

Wilbert Schwarzenneger and
father are Not owner of
Direct TV Nor Zappier Nasa
Manufactore Do Not have
Scienthology Wilbert + Sch warzenneger
and Tom Cruise MTV as owner
They Kill Require's Sandra Son
Arkaruvick Ali MTV winner in
the 1980's Early 1990. Nasa
was Not allowing Scienthology
cap.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Zapping Machine Computer
with felons in Hollywood
custom want Equipment back
DAMAGE Need to be pay.

FILING FEE – Are you paying the filing fee?

Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature                                            Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Sam Holmes, no the run He was someone Son Gershaw Holmes help escaped throw Melvin Evans Prison Guhed Cuption, and Tangela Evan Prison Sedetary Erased Records. My Uncle Sam Holmes Escaped at 70 year old from Michigan City Prison. Sam Holmes release Money was paid in Lisa Holme Chenks.

   I didn't Write Check.

   Sam Holmes is a molester in Portage with Son Gershaw Holmes

   Aircrewman Brenna Carter my Niece was attacked

   Phuc Do Cao Sr was Stable by Anthony Holmes, Aaron Wright Gershawn Holmes, Evelynn Holmes

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

   and Sister Knew. Are Impersonater of Myself Lisa Holmes

Eleton Burks

(INND Rev. 4/24)                                              page 2

On the Run

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Eleton Burks on the Run
Capt. Melvin Evans knew `Burk'
was out a slave to Melvin
Bryce, a fugitives, Eleton Burks
Kill. Pert on the Run torture
by Andre Wright over `Beat' with
Burks. Threats from Burk
to me and Family Daily
Threats to Davonna Moore
Daily. On The Run fugitive
Views Davonna Moore since
2018 Illegal Surveillance
Fixadater. Develop obessign
with Davonna + Boy tried
Phillip Cao. My Family was
watch. Eleton Burks and
Other Men on the Run
knew felon Lanyardo Evans
Anthony Orr, Brajian Davis, Same
Hendrick up Illegal Surveillance
from Prison!

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Operatoe
Valelie

(JNND Rev. 4/24)                                                          page 3

Claims and Facts (continued)

Gary Telephone Clerk Valerie
2003 hi in Crown Pointte, Hocking
911 Calls, later. Lenard Even
Felon-fugitive instructing Law
Enforcement Operator. I was
blocks by Gary Telephone
Clerk due to a rumor and
false medical Record created
by Dr. Sessica Williams, Sessica
William Not My Doctors,

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Damage to All House $700
W 6th Ave and Robbeey were
being block. Items Stolen
was Daily In 2017-2020
until Present. Hacking
Damages Never paid

FILING FEE – Are you paying the filing fee?

☑ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[Initial Each Statement]

_✓_ I will keep a copy of this complaint for my records.

_✓_ I will promptly notify the court of any change of address.

_✓_ I declare **under penalty of perjury** that the statements in this complaint are true.

_Lisa Williams_

Signature                                              Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 4/24)                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Officer Goshi of Gary Indiana Knew of Sex assault with felons fugitive on the Run. Knew Officer Raped Countless Victims, Scientology Involvement Clear. Samantha Carter County Raped by Office Goshi Superintent of Tynn his back and all FBI Agent injuried, Shaqua Ex wife alleged Raped. On Durbin Street. Jon Williams 3/26/2025

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

A. Chauret VA
Chesterfield VA

(INND Rev. 4/24)

HOME INVASION DAILY 6 time a day

page 3

Claims and Facts (continued)

SR

3 Time Phuc Do Cao DOB 11/66

Orly Abuge/SR

Ange Chaves Impersonater Trayek

Camilla Cao

Camilla Abuel AWOL Army

Orly Abuel/SR

3 Time Exa Abuel

Felony Fugitive Family Damaging Homes

In Gary In an 820 Crown Points,

Harassing Ex Wife Lisa Cao For 10 yrs.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Illegally Trying to Claim Properties and

Caught, Putting my name at Infectious

Disease Case in Illegal. I Did have

Downtime With all test, In Illinor

Indiana. But Phuc Cao (SR) did.

With Scientology Equipment illegal Home Invasion.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Lisa Williams_

Signature

3/27/2023

Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Phuc Cao Et Thanh

(INND Rev. 4/24)                                                                                    page 3

Claims and Facts (continued)

My Son Girlsfriend suffer Rape
by Phuc Do Cao and Brother (Nephew)
Only Abuel (Sr), kileo, Kaniero, Kaimeto
was Raped. the grandChildren
was beaten and Human Traffied by
Exa Abuel witness Said Angel
Chaves prosthited Children inclucking
Exa Abuel and her Daughter,
Samilla Abuel went Awol after
Diontology Setterson and Todd

RELIEF – If you win this case, what do you want the court to order the defendant to do?

for Dhree and Sean Williams forced
to "turn Tricks" they Called it, that
Currently liveing Agri-tage Apt in
Isbell Name and Phuc Do Cao Name
in Cypress Pointe Crown Ft. Office
in Crownh Known to them as Tricks"

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

DAMAGes   3 milliont for
Clothes food,
[*Initial Each Statement*]                            Property Byes
_____ I will keep a copy of this complaint for my records.   Child Support
_____ I will promptly notify the court of any change of address.   Never
_____ I declare **under penalty of perjury** that the statements in this complaint are true.   paid.

_____                    _____
Signature                                        Date   3/8 7/2023

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Stop Phuc Cao and Daughter

AO 239 (Rev. 1/15) (INND Rev. 8/16)

Abuse of Phuc Cao SR Used Knife Acid Solution

5. How much money do you (and spouse, if married) have? $ _____ .
[Include cash on hand and deposits in accounts.]

Used Damage Feet

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and
other valuable property of investments? $ _____

Chemical Used on my family Hair
Stop growth. Daily Urines in Drinks

7. How many children under 18 years of age do you (and spouse, if married) support: _____ .
[Include children who live in your household or for whom you pay child support.]

with HIV-AIDES. Urine in food

8. List any adult you support:

Bedding on bed from Macy'

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|

Damages in Cars was Costly

monthly. Paint Job Electrical Damaging

Rental Property. His 30 year old

Daughter and her son Urine

9. Please provide any other information that should be considered in evaluating your motion.

and cat urine was placed on
my children Face will sleep.
My son Tri Phuc is was
conspired against with Scientology
killers. He watch killer picture my
sons and grandson every time
with a New family I don't know
this stalker had Insurance on
their Death of Ex wife Children
with Burham and Twin in the
Deparato/Mcghee family. My Witness
are Many Officers in different Oregon
police me he tortured prove

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security
because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed
without pre-payment of court fees and costs. I declare under penalty of perjury that all of my
statements in this motion are true. Urine and Damages

My Cars and
_____ Lisa Williams _____ 3/27/2025
Signature                                    Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Phuc Daughter (Vanilla)

Claims and Facts (continued)

With Scientology Equipment
Teleporting/Portal Service the
Entire Family from Richmond
Was Home Invasion. My Children
with New Husband was tortured
with Poison, Infestation of
insect and Mices also Raccoon.
Urine from Phuc or Cameo my son
Phillip Cao Meuniligitis. Daughter
Vanilla Cao, inject my Daughter Kalxa

RELIEF – If you win this case, what do you want the court to order the defendant to do?

With HIV, Samilla and Sister
Mother Stolen Clothes, Shoes and
Food. Orly Abuel Stole Clothes
Phuc and Daughter did the Same
except injection of Aides from
Kirberly McKinney and Cutting Hair,
Acid, on Nails.
Pose on dropping.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature

3/27/2025

Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                          page 3

Claims and Facts (continued)

Impersonater Ordered
Service Sharon Sefferson
Taula Sofferson, Sessina
Williams, and Crystal Johnson
and Father In law
Pat
Tom Cruise, Wilbert Schwarzenger
Christeal Slater, Tom Cruise
Known Thses Impersonater
Not me Nor my Husband

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Damages Need
Wiscon Knew of
Criminal Activities

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____

Lisa Williams

Signature                                           Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                                           page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Complaints ignore since 2018. Nipsco teleporting Hook-up with US Steel was illegal. Worker were unauthorized to service My Houses and Apartment. But did so Anyway. FBI and CIA met Nipsco Manager Kim Vincencie.

However Unwanted Service Confirmed with EX80 and Nasa Charles Bowden That Usages

#1  5100 W 6th, Gary
#2  348 King Gary
#3  3andbridge Apt Calmet
#4  928 Bd C'8] Cypress
#5  Point Crown
     925 Indian Ave

In Never Order Services

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Nor Husband At these Address

(INND Rev. 4/24)                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Threats of Raping
   and Murder.

   Kipnatdi. Kidnaping of
   Taylor + Kennedy Taylor
   Carter

   Phillip Cap and
   Sons tortured.
   His girlsfriend
   DAVONINA Raped and
   Family.
   DAVONINA Mother was illegal
   Rented to from Micheal Sutton
   until Grandy hap of Daughter
   all Die but (two) a Teleporter
   Portal Never Order by MS
   Moore.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                                    page 3

Claims and Facts (continued)

Christient Slater Stole Stimilus
Cheek, Grant loans in my name
Nancy Palaski on New Year was
Ordering Death of my family

-Today My Ex Husband
suffered Christen Slater
Jay Zee, Lil Dict Sosanda Sander
Edmanda Osborne My Sans
Charles Nemo, Nova Sanders Shot
All Star guns

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Christen Slater Stole
100, thousand from one. For
Liciut Kelly Bill dollar Cheeks
Cashed in my name
Billionky in Lisa Holmes

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Lisa Williams

Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 4/24)                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Christeny Slater, Scientology Hollywood Traine Killer with Nasa Equipment father Bill Gates and Buffett all their Browns Children hate crime my Family and Grand Children (2) cousins die of Kia Green.

Davonna Moore and Phia Do Cao and Charles Saulder, and Son Phillip Cao "Star-gates" subject to Kill. / suffering of being shot / Stab/ exposed pain the Same. Scientology Technique Came from Nasa Heads. Has been Proven. Design to Kill just to be used for fixates whom life to watch Hard (bro) Porn and Killing including Assault of children as Young a father Bill Gates charged before

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Warren Buffet had a Case in the 1980's

(INND Rev. 4/24)                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Scientology Kimberely Mckinley was planning my Death and Children since 2008, Her Sister Sharon Jefferson, DTE Worker, and friends Cassandra + Melodia Stolen 1 Trust from Reserve Bank in Chicago. Sharon Jefferson an Serome Prince and father relative Hiver Tom Cruise, Samie Foxx, Christen Slater to kill.

Kimberely Bragg of stealing Expense Clothing of mines and family Daily stealing food and poisoning Meals, Blood Dropper. Kimberely Mckinley Caught dropping Blood with Felon Fagitive Sean Taylor

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Lisa Williams