ILND 44 (Rev. 08/23)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

**I. (a) PLAINTIFFS**: MTV Tom Cao Williams, 348 King Street, Gary Indiana 46406

**(b)** County of Residence of First Listed Plaintiff
(Except in U.S. plaintiff cases)

**(c)** Attorneys (firm name, address, and telephone number): Cynthia Taylor,

**DEFENDANTS**: MTV Tom Cruise, San Barbara, Parole Board CA. Mind Controler, Scientology Church

County of Residence of First Listed Defendant (In U.S. plaintiff cases only): Sunset Blvd, CA.
Note: In land condemnation cases, use the location of the tract of land involved.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Check one box, only.)
- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government not a party.)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate citizenship of parties in Item III.)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only.)
(Check one box, only for plaintiff and one box for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Check one box, only.)

CONTRACT: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loan (Excludes Veterans); 153 Recovery of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability; 196 Franchise

TORTS - PERSONAL INJURY: 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury; 362 Personal Injury - Medical Malpractice

TORTS - PERSONAL INJURY: 365 Personal Injury - Product Liability; 367 Health Care/Pharmaceutical Personal Injury Product Liability; 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

PRISONER PETITIONS: 510 Motions to Vacate Sentence; 530 General; 535 Death Penalty; Other: 540 Mandamus & Other; [X] 550 Civil Rights; 555 Prison Condition; 560 Civil Detainee - Conditions of Confinement

LABOR: 710 Fair Labor Standards Act; 720 Labor/Management Relations; 740 Railway Labor Act; 751 Family and Medical Leave Act; 790 Other Labor Litigation; 791 Employee Retirement Income Security Act

PROPERTY RIGHTS: 820 Copyright; 830 Patent

OTHER STATUTES: 375 False Claims Act; 376 Qui Tam (31 USC 3729 (a)); 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 480 Consumer Credit; Protection Act (TCPA); 490 Cable/Sat TV

REAL PROPERTY: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

CIVIL RIGHTS: [X] 440 Other Civil Rights; 441 Voting; 442 Employment; 443 Housing/Accommodations; 445 Amer. w/ Disabilities-Employment; 446 Amer. w/Disabilities - Other; 448 Education — Illegal (w) FBI Surveillance

BANKRUPTCY: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

FORFEITURE: 625 Drug Related Seizure of Property 21; 690 Other

IMMIGRATION: 462 Naturalization Application; 463 Habeas Corpus - Alien Detainee (Prisoner Petition); 465 Other Immigration Actions

FEDERAL TAXES: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

864 SSID Title XVI; 865 RSI (405(g))

950 Constitutionality of State Statutes

Case No.: 25-cv-3829
Judge Lashonda A. Hunt
Magistrate Judge Young B. Kim
RANDOM / Cat 2

**FILED 04/09/2025 — THOMAS G. BRUTON, CLERK, U.S. DISTRICT COURT**

**V. ORIGIN** (Check one box, only.)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:** [ ] Check if this is a class action under Rule 23, F.R.CV.P.   Demand $   CHECK Yes only if demanded in complaint: Jury Demand: [ ] Yes [ ] No

**IX. RELATED CASE(S) IF ANY** (See instructions.): Judge   Case Number

**X. Is this a previously dismissed or remanded case?** [ ] Yes [ ] No   If yes, Case #

Date: 4/9/2025

Signature of Attorney of Record: *Lisa Williams*