[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any pe party (that is, without an attorney). **Please PRINT legi**

Case No.: 25-cv-3829
Judge Lashonda A. Hunt
Magistrate Judge Young B. Kim
RANDOM / Cat 2

Case Title: Civil-Rights

Case Number: _____

An appearance is hereby filed by the undersigned as a pro se litigant:

**FILED**

Name: Lisa Williams

APR 09 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Office Street Address: 348 King St

City/State/Zip: Gary Indiana 46406

Phone Number: (219) 455-1058 / (219) 772-0227

Signature: Lisa Williams

Executed on (date): 4/9/2025

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]