## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LISA WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>MTV, et al.,<br><br>    Defendants. | Case No. 25 C 3829<br><br>Hon. LaShonda A. Hunt |

## ORDER

    This case has been assigned to the calendar of Judge LaShonda A. Hunt. The Court has reviewed the complaint [1] which, outside of the first page, includes case captions indicating that Plaintiff, an Indiana resident, seemingly intended to file this case in the Northern District of Indiana. See, e.g., Complaint at 2-4, 5-7. Further, it appears that a substantial part of the events giving rise to the Plaintiff's claims occurred in Gary, Indiana. Accordingly, the Clerk is directed, forthwith, to transfer this case to the Northern District of Indiana. See 28 U.S.C. 1404(a).

**DATED**: April 22, 2025          **ENTERED**:

                                                          */s/ LaShonda A. Hunt*
                                                          LaShonda A. Hunt
                                                          United States District Judge